# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **JOHN AND MARY ROE, ET AL.** | : | **CASE NO:** C-1-83-1704 |
| **Plaintiffs,** | : | **JUDGE BLACK** |
| vs. | : | |
| **MICHAEL COLBERT, DIRECTOR OF ODJFS, ET AL.** | : | *ELECTRONICALLY FILED* |
| **Defendants.** | : | |

## NOTICE OF FILING OF REPORT OF ETTA LAPPEN DAVIS, MA Ed

The Plaintiffs, through counsel, give notice of filing of the attached Report of Etta Lappen Davis, MA Ed., and the three (3) attachments hereto, all of which have been previously served on all counsel for the parties.

Respectfully submitted,

/S/ MICHAEL J. O'HARA
MICHAEL O'HARA (KY 52530) (OH 0014966)
O'HARA, RUBERG, TAYLOR, SLOAN & SERGENT
25 Crestview Hills Mall Road, Suite 201
P. O. Box 17411
Covington, KY 41017-0411
Tel: (859) 331-2000
Fax: (859) 578.3365
email: mohara@ortlaw.com
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 25th day of April, 2016, served a copy of the foregoing on the Counsel of record, pursuant to the Court's ECF process.

/S/ MICHAEL J. O'HARA
MICHAEL O'HARA (KY 52530) (OH 0014966)
O'HARA, RUBERG, TAYLOR, SLOAN & SERGENT