UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN AND MARY ROE,

    Plaintiffs,

vs.

MICHAEL COLBERT, et al.,

    Defendants.

Case No. C-1-83-1704

JUDGE BLACK

## AGREED ENTRY

The parties and the Court agree that neither party has any objections to the expert report filed by Ms. Davis pursuant to Section C of the April 9, 2015 Agreed Order (Doc. 144, Page ID# 269 *et seq.*). The Court determines that Defendants have complied with the needs assessment provisions of the April 9, 2015, Agreed Order.

*Timothy S. Black*
J. BLACK

/s/ Ara Mekhjian
**ARA MEKHJIAN** (0068800)
Assistant Attorney General
Health and Human Services Section
30 East Broad Street, 26th Floor
Columbus, Ohio 43215-3400
(614) 466-8600 – phone
(614) 466-6090 – fax
ara.mekhjian@ohioattorneygeneral.gov

Counsel for Defendant
Director Cynthia C. Dungey

/s/ Michael O'Hara
**MICHAEL J. O'HARA** (0014966)
O'HARA, RUBERG, TAYLOR & SERGENT
25 Town Center Boulevard, Suite 201
Covington, KY 41017
(859) 331-2000 – phone
mohara@ortlaw.com
Attorney for Plaintiffs