UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN AND MARY ROE, | : |
| Plaintiffs, | : |
| vs. | : Case No. C-1-83-1704 |
| | : JUDGE BLACK |
| MICHAEL COLBERT, et al., | : |
| Defendants. | : |

## AGREED ORDER

The Court has determined that Defendants have complied with all of their obligations in the April 9, 2015, Agreed Order (Doc. 144). Consistent with the April 9, 2015, Agreed Order, the needs assessment was submitted to the General Assembly (specifically, the President of the Senate and the Speaker of the House) on or before May 31, 2016. Neither Plaintiffs nor any other individual has objected to Defendants' Sustainability Plan (Doc. 151). Therefore, the Court hereby dismisses this case, with prejudice. All further Court oversight of this case shall cease immediately, except to the extent necessary to resolve any dispute regarding attorney fees and costs.

*Timothy S. Black*
TIMOTHY S. BLACK, JUDGE
UNITED STATES DISTRICT JUDGE

/s/ Ara Mekhjian
**ARA MEKHJIAN** (0068800)
Assistant Attorney General
Health and Human Services Section
30 East Broad Street, 26th Floor
Columbus, Ohio 43215-3400

/s/ Michael O'Hara
**MICHAEL J. O'HARA** (0014966)
O'HARA, RUBERG, TAYLOR & SERGENT
25 Town Center Boulevard, Suite 201
Covington, KY 41017
(859) 331-2000 – phone

(614) 466-8600 – phone  
(614) 466-6090 – fax  
ara.mekhjian@ohioattorneygeneral.gov

Counsel for Defendant  
Director Cynthia C. Dungey

mohara@ortlaw.com  
Attorney for Plaintiffs